STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
AMANDA BONN (270891)
abonn@susmangodfrey.com
DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
RAVI DOSHI (297851)
rdoshi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

BROOKE TAYLOR (*pro hac vice* admitted)
btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 373-7380
Facsimile: (206) 516-3883

Attorneys for Defendant Zillow, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES FRIEDRICH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZILLOW, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | SACV 14-01969 DOC (JCGx)<br><br>**DEFENDANT'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>Date: April 20, 2015<br>Time: 8:30 a.m.<br>Place: Courtroom 9D |

Defendant's Notice of Plaintiff's Non-Opposition
to Motion to Dismiss Plaintiff's Complaint
3652155v1/014549

Case No. SACV 14-01969 (JCGx)

1  On March 23, 2015, Defendant Zillow, Inc. filed its motion to dismiss Plaintiff James Friedrich's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is set for hearing on April 20, 2015. Pursuant to the Central District of California's Local Rules, Plaintiff was required to file his opposition to Defendant's motion on or before March 30, 2015. *See* L.R. 7–9. Plaintiff, however, did not oppose Defendant's motion. While Plaintiff's counsel has indicated that Plaintiff plans on voluntarily amending his Complaint, Defendant is unaware when such amendment will be made or to what extent it will resolve the legal deficiencies on which Defendant filed the present motion to dismiss.[1]

Should Plaintiff not timely amend, pursuant to Local Rule 7–12, the Court may deem Plaintiff's failure to oppose as consent to the granting of Defendant's motion. *See* L.R. 7–12. Based on the merits of Defendant's arguments in its motion to dismiss, as well as Plaintiff's non-opposition to such motion, the motion should be granted.

Dated: April 6, 2015

Respectfully submitted,

BROOKE A. M. TAYLOR
STEVEN G. SKLAVER
AMANDA BONN
DAVIDA BROOK
RAVI DOSHI
SUSMAN GODFREY LLP

By: */s/ Ravi Doshi*
     Ravi Doshi

*Attorneys for Defendant Zillow, Inc.*

---

[1] To the extent Plaintiff does timely amend his Complaint, Defendant reserves all rights to move to dismiss the amended complaint on any legally available ground.

Defendant's Notice of Plaintiff's Non-Opposition
to Motion to Dismiss Plaintiff's Complaint       1       Case No. SACV 14-01969 (JCGx)
3652155v1/014549